## United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JURGIELEWICZ DUCK FARM** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **11-1684917** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**68 BARNES ROAD**<br>**MORICHES, NY**<br>ZIP CODE **11955** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**SUFFOLK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 68**<br>**MORICHES, NY**<br>ZIP CODE **11955** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>------------------------------------------------<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JURGIELEWICZ DUCK FARM** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition. | **X  Not Applicable** _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (1/08)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JURGIELEWICZ DUCK FARM** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
Signature of Debtor

X __Not Applicable__
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable__
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|

**Signature of Attorney**

X __/s/ A. Mitchell Greene__
Signature of Attorney for Debtor(s)

**A. MITCHELL GREENE Bar No. AMG**
Printed Name of Attorney for Debtor(s) / Bar No.

**Robinson Brog Leinwand Greene et al.**
Firm Name

**1345 Avenue of the Americas New York, NY 10105**
Address

**(212) 603-6300**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

__Not Applicable__
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X __Not Applicable__

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual

**BENJAMIN JURGIELEWICZ**
Printed Name of Authorized Individual

**GENERAL PARTNER**
Title of Authorized Individual

__01/12/10__
Date

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

**JURGIELEWICZ DUCK FARM,**

**Debtor.**

Chapter 11

Case No.:

## CERTIFICATE OF RESOLUTION

I, the undersigned, **BENJAMIN JURGIELEWICZ, General Partner** of

**JURGIELEWICZ DUCK FARM.,** (the "Partnership"), do hereby certify that at a meeting of

the Partnership duly called and held on January 11, 2010, the following resolutions were adopted

and recorded in the Minute Book of the Partnership, and they have not been modified or

rescinded, and are still in full force and effect:

> **"RESOLVED,** that in the judgment of the general partner
> of the Partnership it is desirable and in the best interest of the
> Partnership, its creditors, partners and other interested parties, that
> a petition be filed by the Partnership for relief under Chapter 11 of
> title 11 of the United States Code (the "Bankruptcy Code"); and it
> is further

> **"RESOLVED,** that the form of petition under Chapter 11
> presented to this meeting is approved and adopted in all respects,
> and that Benjamin Jurgielewicz, is authorized to execute and verify
> a petition substantially in such form and to cause the same to be
> filed with the United States Bankruptcy Court for the Eastern
> District of New York at such time as he shall determine; and it is
> further

> **"RESOLVED,** that Benjamin Jurgielewicz, is authorized
> to execute and file all petitions, reorganization schedules, lists and
> other papers and to effectuate the filing of the Chapter 11 case,
> and, in that connection, that the firm of Robinson Brog Leinwand

Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Corporation under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Partnership this *12th* day of January, 2010.

BENJAMIN JURGIELEWICZ, General Partner

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                                    Chapter 11

**JURGIELEWICZ DUCK FARM,**                               Case No.:

                        Debtor.

-------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-3

**BENJAMIN JURGIELEWICZ,** affirms the following:

1.      I am the General Partner of **JURGIELEWICZ DUCK FARM** (the

"Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this

Affirmation on behalf of the Debtor.

2.      The Debtor, which was established in 1919, operates a free range duck farm

from premises located at 68 **Barnes Road, Moriches, New York**. The Debtor is one of the

five major producers of White Peking Ducklings in the country and is the only producer of

Free Range Long Island Ducklings in the United States. It is the largest duck producer on

Long Island, NY. While the Debtor owns the land from which the farm operates, the town

and county of Brookhaven purchased the development rights to the farm land in May 2007.

3.      No pre-petition committee was organized prior to the Order for relief.

4.      The Secured Creditors of the Debtor are as follows:

Bellwether LLC
16 Bacon Road
St. James, NY 11780

First Pioneer Credit
1281 Route 58
Riverhead, NY 11901

Citibank
P.O. Box 140177
Irving, TX 75014

Kalmbach Feeds
7148 State Highway 199
Upper Sandusky, OH 43351

Titmus Enterprises
5 Red Bridge Road
Center Moriches, NY 11934

Evergreen 9
267 Carleton Avenue
Central Islip, NY 11722

5.    The names and addresses of the twenty largest unsecured creditors, excluding

insiders, appears on Schedule "A" to this Affidavit.

6.    To the best of my knowledge, the only suits or proceedings pending against the

Petitioner are as follows:

   Sauder Feeds v. Jurgielewicz Duck Farm and Benjamin Jurgielewicz
   (Pending in N.D. Indiana, 09-CV 354)
   Cargill Animal v. Jurgielewicz Duck Farm, et al.
   (Pending in Supreme Court of the State of New York, Erie County, 2009-12248)
   Titmus Enterprises LLC v. Jurgielewicz Duck Farm and Benjamin Jurgielewicz
   (Pending in Supreme Court of the State of New York, Suffolk County, 08-24649)


7.    The Debtor's principal assets are located at 68 Barnes Road, Moriches New

York.

8.     The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors.

9.     The estimated amount of payroll due to the Debtor's employees, excluding officers, for a period of thirty days following the filing of the petition is $20,000.00.

10.     The estimated operating expenses of the Debtor for the next **thirty days** are as set forth in the attached budget.

11.     The Debtor's financial difficulties were caused by, amongst other things, the general economic climate, increased costs for feed and fuel and a levy imposed by the Internal Revenue Service against South Shore Packers, an affiliated Chapter 11 Debtor, which levy was executed against various of the Debtors' vendors.

BENJAMIN JURGIELEWICZ, **General Partner**



P.O. BOX 68
MORICHES
LONG ISLAND
NEW YORK 11955
(800) LI . DUCKS
631 . 878 . 2000



# Jurgielewicz
## Duck Farm

**JURGIELEWICZ DUCK FARM**

### MONTHLY PROJECTION

HEAD PROCESSED          51600

| | |
|---|---|
| SALES | 508826.00 |
| COST OF SALES | 369936.67 |
| ADVERTISING & PROMOTION | 0 |
| BANK SERVICE CHARGES | 5000.00 |
| AUTO & TRUCK REPAIRS | 6000.00 |
| COMMISION | 0 |
| DUES & SUBSCRIPTIONS | 0 |
| GUARANTEED PAYMENTS | 7000.00 |
| DEBT SERVICE | 25000.00 |
| INSURANCE | 12400.00 |
| MAINTENANCE & REPAIRS | 5000.00 |
| OFFICE EXPENCE | 250.00 |
| ENVIRONMENTAL | 2000.00 |
| GENERAL PARTNER WAGES | 4600.00 |
| WAGES | 20000.00 |
| OUTSIDE LABOR | 0 |
| TAXES & LICENSES | 13000.00 |
| TELEPHONE | 750.00 |
| TRAVEL | 2000.00 |
| TRUCKING | 10000.00 |
| UTILITIES | 25000.00 |
| TOTAL EXPENSES | 138,000.00 |
| EARNINGS FROM OPERATIONS | 889.33 |

## United States Bankruptcy Court
## Eastern District of New York

In re  **JURGIELEWICZ DUCK FARM** _____ ,    Case No. _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **SOUTH SHORE ACRES**<br>PO BOX 68<br>MORICHES, NY 11955 | | | | $1,199,090.00 |
| **SAUDER FEEDS**<br>P.O. BOX 130<br>GRABILL, IN 46741 | | | | $455,534.99 |
| **CARGILL**<br>P.O. BOX 5600<br>MS 14<br>MINNEAPOLIS, MN 55343 | | | | $331,837.26 |
| **KALMBACH FEEDS, INC**<br>7148 STATE HWY 199<br>UPPER SANDUSKY, OH 43351 | | | | $239,634.35 |
| **PETRO, INC.**<br>C/O FLECK, FLECK & FLECK<br>1205 FRANKLIN AVENUE<br>GARDEN CITY, NY 11530 | | | DISPUTED | $178,559.79 |

In re  JURGIELEWICZ DUCK FARM _____, Case No. _____
                              Debtor              Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CHESTER M. MASSEY & SON<br>20 RAILROAD AVENUE<br>EASTPORT, NY 11941 | | | DISPUTED | $147,157.01 |
| PENNFIELD CORPORATION<br>711 ROHRERSTOWN ROAD<br>LANCASTER, PA 17604 | | | DISPUTED | $118,424.95 |
| LIPA - A<br>P.O. BOX 9030<br>HICKSVILLE, NY 11802 | | | | $86,601.21 |
| BROOKHAVEN SUFFOLK COUNTY<br>ONE INDEPENDENCE HILL<br>SUITE 110<br>FARMINGVILLE, NY 11738 | | | | $86,200.03 |
| SINNREICH, KOSAKOFF &<br>MESSINA LLP<br>COURTHOUSE PLAZA<br>267 CARLETON AVENUE<br>SUITE 201<br>CENTRAL ISLIP, NY 11722 | | | | $58,181.08 |
| LONG ISLAND COMPOST CORP<br>C/O DIANE MENDEZ, ESQ.<br>22 JERICHO TURNPIKE<br>SUITE 103<br>MINEOLA, NY 11501 | | | DISPUTED | $56,000.00 |

In re  JURGIELEWICZ DUCK FARM , Case No. _____

Debtor

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| KALMBACH TURKEY RESEARCH<br>7148 STATE HWY 199<br>UPPER SANDUSKY, OH 43351 | | | | $51,337.24 |
| NY STATE WORKERS COMP<br>C/O GREGORY ALLEN, ESQ<br>ABRAMS GARKINEL MARGOLIS<br>2-12 WEST PARK AVE, #300<br>LONG BEACH, NY 11561 | | | DISPUTED | $50,000.00 |
| ESPOSITO, FUCHS, TAORMINA & CO<br>267 CARLTON AVENUE<br>SUITE 202<br>CENTRAL ISLIP, NY 11722 | | | | $40,000.00 |
| JURGIELEWICZ DUCK TRUCKING<br>PO BOX 68<br>MORICHES, NY 11955 | | | | $37,875.00 |
| BROOKHAVE SUFFOLK COUNTY,<br>ONE INDEPENDENCE HILL<br>SUITE 110<br>FARMINGVILLE, NY 11738 | | | | $27,625.11 |
| COOPER, SAPIR AND COHEN, P.C.<br>560 BROADHOLLOW ROAD<br>SUITE 210<br>MELVILLE, NY 11747 | | | | $26,773.00 |

In re **JURGIELEWICZ DUCK FARM**

                        Debtor

Case No. _____

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BANK OF AMERICA<br>P.O. BOX 15019<br>WILMINGTON, DE 19886 | | | | $24,974.00 |
| W.A.S.T.E. INC<br>22 NORTH DUNTON AVE<br>MEDFORD, NY 11763 | | | | $19,295.00 |
| FIA CARD SERVICES<br>P.O. BOX 15019<br>WILMINGTON, DE 19886 | | | | $15,996.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, BENJAMIN JURGIELEWICZ, GENERAL PARTNER of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  _01/12/10_

Signature: _____

BENJAMIN JURGIELEWICZ ,GENERAL PARTNER
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

—————————————————x

In Re:

**JURGIELEWICZ DUCK FARM**

Case No.

Chapter     **11**

                        **Debtor(s)**

—————————————————x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

         The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

_____

BENJAMIN JURGIELEWICZ
Debtor

/s/ A. Mitchell Greene
_____

**A. MITCHELL GREENE**
Attorney for Debtor

THE PENN MUTUAL LIFE INSU
DISABILITY INCOME DIVISI
330 WHITNEY AVE
SUITE 500
HOLYOKE, MA 01040

AIRWELD
243 WAVERLY AVENUE
PATCHOGUE, NY 11772

ALGEN SCALE CORP.
68 ENTER LANE
ISLANDIA, NY 11749

AMERICAN METALS & CHEMCIA
P.O. BOX 1048
DANIA, FL 33004

ANNETTE EADERESTO, LLC
18 RAILROAD AVENUE
P.O. BOX 1186
CENTER MORICHES, NEW YORK

APPLIED TECHNOLOGIES
16815 WEST WISCONSIN AVE
BROOKLYN, WISCONSIN 53005

AT&T
PO BOX 8212
AURORA, IL 60572-8212

AT&T MOBILITY
P.O. BOX 537104
ATLANTA, GA 30353

AVAYA
14400 HERTZ QUAIL SPRING
OKLAHOMA CITY, OK 73134

```
BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886


BANK OF AMERICA
PO BOX 15026
WILMINGTON, DE 19850


BELLWETHER, LLC
16 BACON ROAD
ST. JAMES, NY 11780


BENJAMIN JURGIELEWICZ
C/O JURGIELEWICZ DUCK FAR
PO BOX 68
MORICHES, NY 11955


BOILERMATIC WELDING INDUS
17 PECONIC AVENUE
MEDFORD, NY 11763


BROOKHAVEN SUFFOLK COUNTY
ONE INDEPENDENCE HILL
SUITE 110
FARMINGVILLE, NY 11738


BROOKHAVEN SUFFOLK COUNTY
ONE INDEPENDENCE HILL
SUITE 110
FARMINGVILLE, NY 11738


BUNZI PROCESSOR DIVISION
12240 COLLECTIONS CENTER
CHICAGO, IL 60693


C&H DISTRIBUTORS
770 SOUTH 70TH STREET
P.O. BOX 14770
MILWAUKEE, WI 53214
```

C.J ROBINSON COMPANY, INC
P.O. BOX 19405
BRIDGEPORT, PA 19405


DOLORES M. IANNARONE
170 OLD COUNTRY ROAD
SUITE 300
MINEOLA, NEW YORK 11501


CABLEVISION
111 STEWART AVENUE
BETHPAGE, NY 11714


CARGILL
P.O. BOX 5600
MS 14
MINNEAPOLIS, MN 55343


CENTER MORICHES PAPER CO.
26 FROWEIN ROAD
P.O. BOX 1217
CENTER MORICHES, NY 11934


CHAMPION PLASTICS
200 CLIFTON BLVD
CLIFTON, NJ 07011


CHESTER M. MASSEY & SON
20 RAILROAD AVENUE
EASTPORT, NY 11941


CITIBANK
P.O. BOX 140177
IRVING, TX 75014-0277


CNR REFRIGERATION CO, INC
459 PENINSULA BLVD
HEMPSTEAD, NY 11550

CONFERENCE ASSOCIATES
P.O. BOX 150445
HARTFORD, CT 06115


COOPER, SAPIR AND COHEN,
560 BROADHOLLOW ROAD
SUITE 210
MELVILLE, NY 11747


CRESCENT DUCK FARM, INC.
EDGAR AVE
P.O. BOX 500
AQUEBOGUE, NY 11931


CURWOOD, INC.
P.O. BOX 75100
CHARLOTTE, NC 28275


DOROTHY JURGIELEWICZ
P.O. BOX 34
MORICHES, NY 11955


CABLEVISION
111 STEWART AVENUE
BETHPAGE, NY 11714


DUBOIS CHEMICALS, INC.
33630 EAST KEMPER ROAD
SHARONVILLE, OH 45241


LIPA - A
P.O. BOX 9030
HICKSVILLE, NY 11802


EASTERN SANITATION SERVIC
228 BLYDENBURGH ROAD
ISLANDIA, NY 11749

EAST MORICHES FUEL INC
26 ATLANTIC AVENUE
EAST MORICHES, NY 11940


ENVIRONMENTAL PROTECTION
REGION 2 COUNSEL
DOUGLAS FISCHER, ESQ.
290 BROADWAY, 17TH FLOOR
NY, NY 10007

ENVIRONMENTAL SERVICES IN
40 ZORN BLVD
YAPHANK, NY 11980


ESPOSITO, FUCHS, TAORMINA
267 CARLTON AVENUE
SUITE 202
CENTRAL ISLIP, NY 11722


EVERGREEN 9 CORP.
267 CARLETON AVENUE
CENTRAL ISLIP, NY 11722


FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250


FIA CARD SERVICES
P.O. BOX 15019
WILMINGTON, DE 19886


FIA CARD SERVICES
PO BOX 15026
WILMINGTON, DE 19850-5026


TERMINIX
200 13TH AVENUE
UNIT 1A
RONKONKOMA, NY 11779

```
FIREMATIC SUPPLY CO. INC.
P.O. BOX 187
YAPHANK, NY 11980



FIRST PIONEER FARM CREDIT
1281 ROUTE 58
RIVERHEAD, NY 11901



FLORENCE BUILDING MATERIA
1647 EAST JERICHO TURNPIK
HUNTINGTON, NY 11743



GARRETT W. SWENSON, JR.
361 CLUBHOUSE COURT
CORAM, NY 11727



GLOBAL FORWARDING CO.
7005 E CAVE CREEK ROAD
SUITE 204
BELLA VISTA PLAZA
CAVE CREEK, AZ 85331


GRAINGER
199 ORVILLE DRIVE
BOHEMIA, NY 11716



HAROLD D. TRABOLD
DRANITZKE, LECHTRECKER, T
73 NORTH OCEAN AVE
SUITE 2, BOX 510
PATCHOGUE, NY 11772


HILO INDUSTRIAL SOLUTIONS
345 OSER AVE
HAPPAUGE, NY 11788



HOME DEPOT CREDIT SERVICE
P.O. BOX 6029
THE LAKES, NV 88901
```

```
HOSKIE COMPANY INC
132 HARRISON PLACE
BROOKLYN, NY 11237




INDUSTRIAL REFRIGERATION
146-1 REMINGTON BLVD
RONKONKOMA, NY 11779




INTERNAL REVENUE SERVIC
1180 VETERANS HWY
HAPPAUGE, NY 11788




INTERNAL REVENUE SERVICE
11601 ROOSEVELT BLVD
P.O. BOX 21126
PHILADELPHIA, NY 19114




ISLAND CONTAINER CORP.
44 ISLAND CONTAINER PLAZA
WHEATLEY HEIGHTS,NY 11798




JONESY'S
422 MAIN STREET
CENTER MORICHES, NY 11934




JURGIELEWICZ DUCK TRUCKIN
PO BOX 68
MORICHES, NY 11955




JURGIELEWICZ ESTATES LLC
PO BOX 68
MORICHES, NY 11955




KALMBACH FEEDS
7148 STATE HWY 199
UPPER SANDUSKY, OH 43351
```

KALMBACH FEEDS, INC
7148 STATE HWY 199
UPPER SANDUSKY, OH 43351

KALMBACH TURKEY RESEARCH
7148 STATE HWY 199
UPPER SANDUSKY, OH 43351

KAMAN INDUSTRIAL TECHNOLO
213 WEST WAYNE STREET
P.O. BOX 2536
FORT WAYNE, IN 46801

KEMPER INSURANCE
ACCESS GENERAL AGENCY INC
365 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797

L.I. TRUCK PARTS
565 SUNRISE HIGHWAY
W. BABYLON, NY 11704

LEGAL WORLD INTERPRETING
120 BROADWAY
11TH FLOOR
NEW YORK, NY 10271

LIPA
P.O. BOX 9030
HICKSVILLE, NY 11802

LIPA - FARM
P.O. BOX 9030
HICKSVILLE, NY 11802

NANOIA RECYCLING EQUIPMEN
200 FRANK ROAD
REAR
HICKSBILLE, NY 11801

```
LIPA
P.O. BOX 9030
HICKSVILLE, NY 11802


LIPA - JDF
P.O. BOX 9030
HICKSVILLE, NY 11802


LIPA - BARNES
P.O. BOX 9030
HICKSVILLE, NY 11802


LIPA
P.O. BOX 9030
HICKSVILLE, NY 11802


LONG ISLAND COMPOST CORP
C/O DIANE MENDEZ, ESQ.
22 JERICHO TURNPIKE
SUITE 103
MINEOLA, NY 11501


MAXIMUM ENVIRONMENTAL MAN
1170 LINCOLN AVE
SUITE 4
HOLBROOK, NY 11741


MCMASTER- CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680


MEYHEN INTERNATIONAL
556 INDUSTRIAL WAY WEST
EATONTOWN, NJ 07724


MILL LANE FARM
E.D. RUDLAND & SON
P.O. BOX 164
MATTITUCK, NY 11952
```

```
NATIONAL POULTRY & FOOD D
3150 HIGHWAY 34 EAST
SUITE 209, PMB 187
NEWNAN, GA 30625


NEW YORK STATE DEPARTMENT
BANKRUPTCY/SPECIAL PROCED
P.O. BOX 5300
ALBANY, NY 12205-0300


NY STATE WORKERS COMP
C/O GREGORY ALLEN, ESQ
ABRAMS GARKINEL MARGOLIS
2-12 WEST PARK AVE, #300
LONG BEACH, NY 11561


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEV
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201


NYS UNEMPLOYMENT INSURANC
P.O. BOX 551
ALBANY, NY 12201


OCEAN PRINTING COMPANY
700-5 UNION PKWY
RONKONKOMA, NY 11779


OFFICE DEPOT
P.O. BOX 633211
CINNCINNATI, OH 45263-321


ORTHODOX UNION
11 BROADWAY
NEW YORK, NY 10004


OXFORD HEALTH PLANS
P.O. BOX 1697
NEWARK, NJ 07101-1697
```

```
PARACO GAS CO.
44 KROEMER AVE
RIVERHEAD, NY 11901



PASTOR CHEVROLET INC.
MONTAUK HWY
P.O. BOX 174
WESTHAMPTON, NY 11977



PATCHOGUE ELECTRIC MOTORS
71 SYCAMORE STREET
P.O. BOX 537
PATCHOGUE, NY 11772



PENNFIELD CORPORATION
711 ROHRERSTOWN ROAD
LANCASTER, PA 17604



PETRO, INC.
C/O FLECK, FLECK & FLECK
1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530



PITNEY BOWES GLOBAL FINAN
P.O. BOX 858480
LOUISVILLE, KY 40285



UNITED FEATHER & DOWN -FP
414 EAST GOLF ROAD
DES PLAINES, IL 60016



PITNEY BOWES PURCHASE POW
P.O. BOX 856042
LOUISVILLE, KY 40285



RESTAURANT NEWS
P.O. BOX 5856
HARLAN, IA 51593
```

REVCO ELECTRICAL SUPPLY I
360 COUNTY ROAD 39A
P.O. BOX 1539
SOUTHAMPTON, NY 11968


RICHARD SUPPLY CO-MASTIC
1560 MONTAUK HIGHWAY
MASTIC, NEW YORK 11950


RICOH
5 DEDRICK PLACE
WEST CALDWELL, NJ 07006


ROADSIDE AUTO PARTS INC
532 MONTAUK HIGHWAY
EAST MORICHES, NY 11940


ROADSIDE AUTO PARTS, INC
532 MONTAUK HIGHWAY
EAST MORICHES, NY 11940


SANDSTROM ELECTRIC INC.
P.O. BOX 145
AQUEBOGUE, NY 11931


SAUDER FEEDS
P.O. BOX 130
GRABILL, IN 46741


SIGNATURE PACKAGING, INC.
18 DOCKERY DRIVE
EST ORANGE, NJ 07052


SIMPLEXGRINNELL TIME REC.
35 ARKAY DR
SUITE 100
HAPPAUGE, NY 11788

SINNREICH, KOSAKOFF & MES
COURTHOUSE PLAZA
267 CARLETON AVENUE
SUITE 201
CENTRAL ISLIP, NY 11722


SKY STORES
72 MONTAUK HWY
MORICHES, NY 11955


SOLOMON AND SOLOMON
COLUMBIA CIRCLE
BOX 15019
ALBANY, NY 12212


SOUTH SHORE ACRES
PO BOX 68
MORICHES, NY 11955


SOUTH SIDE PACKERS
PO BOX 68
MORICHES, NY 11955


SUFFOLK COUNTY WATER AUTH
2045 ROUTE 112
SUITE 5
CORAM, NY 11727


BROOKHAVE SUFFOLK COUNTY,
ONE INDEPENDENCE HILL
SUITE 110
FARMINGVILLE, NY 11738


BROOKHAVEN SUFFOLK COUNTY
ONE INDEPENDENCE HILL
SUITE 110
FARMINGVILLE, NY 11738


THE HOME DEPOT CREDIT SER
P.O. BOX 6029
THE LAKES, NV 88901

TIPPER TIE INC
2000 LUFKIN ROAD
APEX, NC 27539


TITMUS ENTERPRISES
5 RED BRIDGE ROAD
CENTER MORICHES, NY 11934


TRAVELLERS INSURANCE
TRAVELLERS REMITTANCE CEN
ONE TOWER SQUARE
HARTFORD, CT 06183


UNITED STATES ATTORNEY'S
EDNY ATTN: CIVIL DIVISION
BANKRUPTCY PROCESSING
610 FEDERAL PLAZA, 5TH FL
CENTRAL ISLIP, NY 11722


VERIZON
P.O. BOX 1100
ALBANY, NY 12250-0001
ACCT #: 6318780806349271


VERIZON
P.O. BOX 1100
ALBANY, NY 12250-0001


W.A.S.T.E. INC
22 NORTH DUNTON AVE
MEDFORD, NY 11763


WOOD COUNTY, OHIO
1 COURTHOUSE SQUARE
BOWLING GREEN, OH 43402


ZEP MANUFACTURING CO.
860 NESTLE WAY
BREINIGSBILLE, PA 18031