# United States Bankruptcy Court
## Eastern District of New York

In re **JURGIELEWICZ DUCK FARM** ,      Case No. _____

Debtor

Chapter   **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 2 | $ 4,176,400.00 | | |
| B - Personal Property | NO | 4 | $ 2,137,237.87 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | 6 | | $ 3,226,456.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 6 | | $ 188,948.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $ 2,787,180.88 | |
| G - Executory Contracts and Unexpired Leases | NO | 2 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 45 | $ 6,313,637.87 | $ 6,202,585.95 | |

In re: **JURGIELEWICZ DUCK FARM** _____          Case No. _____
                              Debtor                                   (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| .14 ACRES OF PROPERTY AND VACANT HOUSE LOCATED ON MAIN FARM LAND SUFFOLK COUNTY TAX MAP NUMBER: 0200 788.00 01.00 003.000 | Fee Owner | | $ 100,000.00 | $    0.00 |
| NOTE:    MARKET VALUE OF PROPERTY IS SUBJECT TO APPRAISAL. | | | | |
| 12 ACRES OF REAL PROPERTY LOCATED AT: MCCUTCHEONVILLE ROAD WAYNE, OHIO | Fee Owner | | $ 24,200.00 | $ 705,465.16 |
| NOTE:    REAL PROPERTY LOCATED IN OHIO CONSISTS OF 3 ADJACENT PARCELS TOTALING 176 ACRES.  THERE IS A HOUSE, BUILDINGS HOUSING DUCKLINGS AND PROCESSING PLANT ON THE PROPERTY.  THE ESTIMATED AGGREGATE VALUE OF THE 3 PARCELS, SUBJECT TO APPRAISAL IS $900,000. | | | | |
| 120 ACRES OF REAL PROPERTY LOCATED AT MCCUTCHEONVILLE ROAD, WAYNE, OHIO | Fee Owner | | $ 370,300.00 | $    0.00 |
| NOTE:    MARKET VALUE IS AS SET FORTH IN THE 2009 TAX ASSESSMENT NOTICES FROM WOOD COUNTY TREASURER. MARKET VALUE OF PROPERTY IS SUBJECT TO APPRAISAL. | | | | |
| 2.2 ACRES OF FARM LAND LOCATED AT: BARNES ROAD MORICHES, NY SUFFOLK COUNTY TAX MAP NUMBER: 0200 788.00 01.00 001.005 | Fee Owner | | $ 55,000.00 | $    0.00 |
| NOTE:    DEVELOPMENT RIGHTS OWNED BY TOWN OF BROOKHAVEN.  MARKET VALUE OF PROPERTY IS SUBJECT TO APPRAISAL. | | | | |
| 4 ACRES OF FARM LAND LOCATED AT: BARNES ROAD MORICHES, NY SUFFOLK TAX MAP NUMBER: 0200 751.00 02.00 005.000 | Fee Owner | | $ 100,000.00 | $    0.00 |
| NOTE:    DEVELOPMENT RIGHTS OWNED BY TOWN OF BROOKHAVEN.  MARKET VALUE IS SUBJECT TO APPRAISAL. | | | | |
| 44 ACRES OF REAL PROPERTY LOCATED AT: FOSTORIA ROAD WAYNE, OHIO | Fee Owner | | $ 76,900.00 | $    0.00 |
| NOTE:    MARKET VALUE IS AS SET FORTH IN THE 2009 TAX ASSESSMENT NOTICE FROM WOOD COUNTY TREASURER. MARKET VALUE OF PROPERTY IS SUBJECT TO APPRAISAL. | | | | |

In re:  **JURGIELEWICZ DUCK FARM** _____ Case No. _____
                                                                    _____
                        Debtor                                      (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **5 ACRES OF FARM LAND LOCATED AT:** **BARNES ROAD** **MORICHES, NY** **SUFFOLK COUNTY TAX NAP NUMBER:** **0200 750.00 07.00 001.003** | Fee Owner | | $ 750,000.00 | $1,101,000.00 |
| NOTE: **MARKET VALUE OF PROPERTY IS SUBJECT TO APPRAISAL.** | | | | |
| **9.80 ACRES OF LAND LOCATED AT:** **BARNES ROAD** **MORICHES, NY** **SUFFOLK COUNTY TAX MAP NUMBER:** **0200 750.00 07.00 001.001** | Fee Owner | | $1,470,000.00 | $ 0.00 |
| NOTE: **THERE ARE 3 HOUSES LOCATED ON THIS PROPERTY AT 11 BARNES ROAD; 17 BARNES ROAD; AND 19 BARNES ROAD WHICH HOUSES ARE RENTED OUT TO VARIOUS TENANTS.** | | | | |
| **HOUSE LOCATED AT:** **7 WIDGEON ROAD** **CENTER MORICHES, NY 11934** **SUFFOLK COUNTY TAX MAP NUMBER:** **0200 944.00 06.00 016.000** | Fee Owner | | $ 400,000.00 | $ 0.00 |
| NOTE: **MARKET VALUE OF PROPERTY IS SUBJECT TO APPRAISAL.** | | | | |
| **MAIN FARM PROPERTY CONSISTING OF 33.2 ACRES OF FARM LAND LOCATED AT:** **68 BARNES ROAD** **MORICHES, NY 11955** **SUFFOLK COUNTY TAX MAP NUMBER:** **0200 788.00 01.00 001.006** | Fee Owner | | $ 830,000.00 | $ 880,000.00 |
| NOTE: **DEVELOPMENT RIGHTS OWNED BY TOWN OF BROOKHAVEN. MARKET VALUE IS SUBJECT TO APPRAISAL.** | | | | |

Total ➤ **$4,176,400.00**

(Report also on Summary of Schedules.)

In re  **JURGIELEWICZ DUCK FARM** _____,  Case No. _____

                    **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SUFFOLK COUNTY NATIONAL BANK**<br>**502 MAIN STREET**<br>**CENTER MORICHES, NY 11934**<br>**ACCT #: 710016924** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD BANK**<br>**ACCT #: 7918588091** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **DISABILITY POLICY FOR BENJAMIN JURGIELEWICZ FROM PENN MUTUAL INSURANCE**<br><br>**VALUE IS UNKNOWN** | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

In re  **JURGIELEWICZ DUCK FARM** _____     Case No. _____

Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **RECEIVABLES** | | **164,237.87** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **SPDES ENVIRONMENTAL PERMIT** | | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 CHEVY TAHOE K1500 VIN 1GNEK13T14J317028**<br><br>**VALUE IS SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **0.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **28 AUTOMOBILES SCHEDULE WILL BE PROVIDED UPON REQUEST** | | **UNKNOWN** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **PHONE SYSTEM COMPUTER SYSTEM 12 FILE CABINETS FAX MACHINE 2 PHOTOCOPIER MACHINES** | | **15,500.00** |
| | | | | |

In re  JURGIELEWICZ DUCK FARM                        Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **FEATHER PROCESSING EQUIPMENT:**<br>**FEATHER WASHING MACHINE**<br>**2 EXTRACTORS**<br>**FEATHER DRYER**<br>**FEATHER BAGGING MACHINE**<br>**BAILING MACHINE**<br>**WATER PUMP**<br>**STEAM BOILER** | | 220,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | **GROWOUT EQUIPMENT:**<br>**12 FEED SYSTEMS**<br>**30 ASSORTED VENTILATION FANS AND CONTROLLERS**<br>**1 FEED DEPOT/65 TON CAPACITY**<br>**ASSORTED FEEDERS AND HEATERS**<br>**WATER PUMP**<br>**MAINTENANCE SHOP WITH TOOLS** | | 140,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | **HATCHERY EQUIPMENT:**<br>**2 EGG WASHERS**<br>**1 EGG COOLER**<br>**5 NATUREFORM INCUBATORS**<br>**3 ROBBINS INCUBATORS**<br>**1 NATURE FORM HATCHER**<br>**2 WATER PUMPS**<br>**2 ROBBINS HATCHERS**<br>**2 WATER PUMPS**<br>**1 GENERATOR** | | 85,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | **PROCESSING EQUIPMENT:**<br>**6 SHACKLE CONVEYORS**<br>**2 SCALDERS**<br>**6 PICKING MACHINES**<br>**WAX STRIPPING EQUIPMENT WITH CONVEYOR**<br>**5 CONVEYORS**<br>**ASSORTED TANKS AND TROUGHS**<br>**20 GALVANIZED FEEDER RACKS**<br>**3 AIR COMPRESSORS**<br>**PACKAGING AND SIZING EQUIPMENT**<br>**EVISCERATION HAND TOOLS**<br>**2 LARGE STEAM BOILERS**<br>**WATER PUMP**<br>**2 VACUUM PUMPS** | | 750,000.00 |
| | | | | |

In re   **JURGIELEWICZ DUCK FARM** _____,        Case No. _____
                                        Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **REFRIGERATION EQUIPMENT:**<br>**2 VILTER COMPRESSORS**<br>**2 YORK COMPRESSORS**<br>**FRICK COMPRESSOR**<br>**2 CARRIER COMPRESSORS**<br>**2 20 FT WATER COOLED CONDENSORS**<br>**LIQUID RECEIVER**<br>**LIQUID ACCUMULATOR**<br>**2 LIQUID DUMP SYSTEMS**<br>**10 ASSORTED EVAPORATORS WITH FANS**<br>**2 WATER PUMPS**<br>**2 ICE MAKING MACHINES** | | 365,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | **SHIPPING EQUIPMENT:**<br>**4 FORK LIFTS**<br>**6 PALLET JACKETS**<br>**8 BATTERY CHARGERS** | | 29,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | **WATER TREATMENT EQUIPMENT:**<br>**7 AERATORS**<br>**BAUER SCREEN**<br>**2 MAIN TREATMENT PUMPS**<br>**WATER PUMP**<br>**2 DIFFUSER PUMP**<br>**DISINFECTION EQUIPMENT** | | 108,000.00 |
| 30. Inventory. | | **DUCK FEED** | | 10,000.00 |
| 31. Animals. | | **DUCKS**<br>**APPROX. 85,000** | | 250,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

        __3__    continuation sheets attached            Total    >    | **$2,137,237.87** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

PCL XL error

    Warning:     IllegalMediaSource

In re   **JURGIELEWICZ DUCK FARM** _____,     Case No. _____
                                Debtor                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**BELLWETHER, LLC<br>16 BACON ROAD<br>ST. JAMES, NY 11780** | | | **Mortgage<br>4 ACRES OF FARM LAND<br>LOCATED AT:<br>BARNES ROAD<br>MORICHES, NY<br>SUFFOLK TAX MAP NUMBER:<br>0200 751.00 02.00 005.000<br><br>HOUSE LOCATED AT:<br>7 WIDGEON ROAD<br>CENTER MORICHES, NY 11934<br>SUFFOLK COUNTY TAX MAP NUMBER:<br>0200 944.00 06.00 016.000<br><br>VALUE $500,000.00** | | | X | 500,000.00 | 0.00 |
| **ACCOUNT NO.**<br><br>**CARGILL INC.<br>PO BOX 5614<br>MINNEAPOLIS, MN 55440<br><br>CARGILL ANIMAL<br>8 SOUTHWOODS BLVD.<br>ALBANY, NY 12211<br><br>GETMAN & BIRYLA<br>800 RAND BLDG.<br>14 LAFAYETTE SQUARE<br>BUFFALO, NY 14203-1995** | | | **Mortgage<br>44 ACRES OF REAL PROPERTY LOCATED AT:<br>FOSTORIA ROAD<br>WAYNE, OHIO<br>12 ACRES OF REAL PROPERTY LOCATED AT:<br>MCCUTCHEONVILLE ROAD<br>WAYNE, OHIO<br>120 ACRES OF REAL PROPERTY LOCATED AT<br>MCCUTCHEONVILLE ROAD,<br>WAYNE, OHIO<br><br>VALUE $471,400.00** | | | X | 331,837.26 | 254,937.26 |

<u>5</u>     continuation sheets
            attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| $  831,837.26 | $  254,937.26 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  __JURGIELEWICZ DUCK FARM_____,     Case No. _____

Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CITIBANK** <br> **P.O. BOX 140177** <br> **IRVING, TX 75014-0277** | | | **SECURED BY NON-DEBTOR ASSETS** <br><br> **VALUE $0.00** | X | | X | **UNKNOWN** | 0.00 |
| ACCOUNT NO. <br><br> **EVERGREEN 9 CORP.** <br> **267 CARLETON AVENUE** <br> **CENTRAL ISLIP, NY 11722** <br><br><br> **EQUITY TRUST** <br> **FOB DANIEL GORDON IRA** <br> **1515 BROADWAY** <br> **11TH FLOOR** <br> **NEW YORK, NY 10036** | | | **PURCHASE ORDER FINANCING** <br><br> **VALUE $0.00** | | | | 40,000.00 | 0.00 |

Sheet no. _1_ of _5_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  >
(Total of this page)

Total  >
(Use only on last page)

| | |
|---|---|
| $       40,000.00 | $              0.00 |
| $ | $ |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **JURGIELEWICZ DUCK FARM** _____ ,   Case No. _____

Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 880,000.00 | 0.00 |
| **FIRST PIONEER FARM CREDIT** **1281 ROUTE 58** **RIVERHEAD, NY 11901** | | | **Mortgage** **DUCK FEED** **DUCKS** **APPROX. 85,000** **FEATHER PROCESSING EQUIPMENT:** **FEATHER WASHING MACHINE** **2 EXTRACTORS** **FEATHER DRYER** **FEATHER BAGGING MACHINE** **BAILING MACHINE** **WATER PUMP** **STEAM BOILER** **GROWOUT EQUIPMENT:** **12 FEED SYSTEMS** **30 ASSORTED VENTILATION FANS AND CONTROLLERS** **1 FEED DEPOT/65 TON CAPACITY** **ASSORTED FEEDERS AND HEATERS** **WATER PUMP** **MAINTENANCE SHOP WITH TOOLS** **HATCHERY EQUIPMENT:** **2 EGG WASHERS** **1 EGG COOLER** **5 NATUREFORM INCUBATORS** **3 ROBBINS INCUBATORS** **1 NATURE FORM HATCHER** **2 WATER PUMPS** **2 ROBBINS HATCHERS** **2 WATER PUMPS** **1 GENERATOR** **MAIN FARM PROPERTY** **CONSISTING OF 33.2 ACRES OF** **FARM LAND LOCATED AT:** | | | | | | |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

$ 920,000.00 | $ 0.00

Total ➢
(Use only on last page)

$ | $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **JURGIELEWICZ DUCK FARM** _____,  Case No. _____
                                                    (If known)

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | 68 BARNES ROAD MORICHES, NY 11955 SUFFOLK COUNTY TAX MAP NUMBER: 0200 788.00 01.00 001.006 PROCESSING EQUIPMENT: 6 SHACKLE CONVEYORS 2 SCALDERS 6 PICKING MACHINES WAX STRIPPING EQUIPMENT WITH CONVEYOR 5 CONVEYORS ASSORTED TANKS AND TROUGHS 20 GALVANIZED FEEDER RACKS 3 AIR COMPRESSORS PACKAGING AND SIZING EQUIPMENT EVISCERATION HAND TOOLS 2 LARGE STEAM BOILERS WATER PUMP 2 VACUUM PUMPS RECEIVABLES REFRIGERATION EQUIPMENT: 2 VILTER COMPRESSORS 2 YORK COMPRESSORS FRICK COMPRESSOR 2 CARRIER COMPRESSORS 2 20 FT WATER COOLED CONDENSORS LIQUID RECEIVER LIQUID ACCUMULATOR 2 LIQUID DUMP SYSTEMS 10 ASSORTED EVAPORATORS WITH FANS 2 WATER PUMPS | | | | | |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)                                    $ 920,000.00 | $ 0.00

Total ➤
(Use only on last page)                                $ | $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **JURGIELEWICZ DUCK FARM**_____,   Case No. _____
                                  Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | 2 ICE MAKING MACHINES SHIPPING EQUIPMENT: 4 FORK LIFTS 6 PALLET JACKETS 8 BATTERY CHARGERS WATER TREATMENT EQUIPMENT: 7 AERATORS BAUER SCREEN 2 MAIN TREATMENT PUMPS WATER PUMP 2 DIFFUSER PUMP DISINFECTION EQUIPMENT 2.2 ACRES OF FARM LAND LOCATED AT: BARNES ROAD MORICHES, NY SUFFOLK COUNTY TAX MAP NUMBER: 0200 788.00 01.00 001.005 28 AUTOMOBILES SCHEDULE WILL BE PROVIDED UPON REQUEST | | | | |
| | | | **VALUE $3,006,738.00** | | | | | |
| ACCOUNT NO.  103-9069-18570  **GMAC** P.O. BOX 380802 BLOOMINGTON, MN 55438 | | | 2004 CHEVY TAHOE K1500 VIN 1GNEK13T14J317028  VALUE IS SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION | | | | 0.00 | 0.00 |
| | | | **VALUE $0.00** | | | | | |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $   880,000.00 | $   0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **JURGIELEWICZ DUCK FARM** _____,   Case No. _____
                                                                    (If known)
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 373,618.87 | 255,965.20 |
| **KALMBACH FEEDS INC.**<br>**7148 STATE HWY 199**<br>**UPPER SANDUSKY, OH 43351** | | | **Mortgage**<br>**12 ACRES OF REAL PROPERTY LOCATED AT:**<br>**MCCUTCHEONVILLE ROAD WAYNE, OHIO**<br>**120 ACRES OF REAL PROPERTY LOCATED AT MCCUTCHEONVILLE ROAD, WAYNE, OHIO**<br>**2.2 ACRES OF FARM LAND LOCATED AT:**<br>**BARNES ROAD MORICHES, NY**<br>**SUFFOLK COUNTY TAX MAP NUMBER:**<br>**0200 788.00 01.00 001.005**<br><br>**VALUE $449,500.00** | | | | | |
| ACCOUNT NO. | | | | | | X | 1,101,000.00 | 0.00 |
| **TITMUS ENTERPRISES**<br>**5 RED BRIDGE ROAD**<br>**CENTER MORICHES, NY 11934**<br><br>**GARRETT W. SWENSON, JR.**<br>**361 CLUBHOUSE COURT**<br>**CORAM, NY 11727**<br><br>**HAROLD D. TRABOLD**<br>**DRANITZKE, LECHTRECKER, T**<br>**73 NORTH OCEAN AVE**<br>**SUITE 2, BOX 510**<br>**PATCHOGUE, NY 11772** | | | **Mortgage**<br>**5 ACRES OF FARM LAND LOCATED AT:**<br>**BARNES ROAD MORICHES, NY**<br>**SUFFOLK COUNTY TAX NAP NUMBER:**<br>**0200 750.00 07.00 001.003**<br>**9.80 ACRES OF LAND LOCATED AT:**<br>**BARNES ROAD MORICHES, NY**<br>**SUFFOLK COUNTY TAX MAP NUMBER:**<br>**0200 750.00 07.00 001.001**<br><br>**VALUE $2,220,000.00** | | | | | |

Sheet no. _5_ of _5_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| $ 1,474,618.87 | $ 255,965.20 |
|---|---|

Total  ➤
(Use only on last page)

| $ 3,226,456.13 | $ 510,902.46 |
|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   __JURGIELEWICZ DUCK FARM_____     Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>5</u> **continuation sheets attached**

In re   **JURGIELEWICZ DUCK FARM**            Case No. _____

                            Debtor                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BROOKHAVEN SUFFOLK COUNTY ONE INDEPENDENCE HILL SUITE 110 FARMINGVILLE, NY 11738** | | | **RELATED TO 9.8 ACRES OF REAL PROPERTY LOCATED AT BARNES ROAD** | | | | 27,625.11 | 27,625.11 | $0.00 |
| ACCOUNT NO.<br>**BROOKHAVEN SUFFOLK COUNTY ONE INDEPENDENCE HILL SUITE 110 FARMINGVILLE, NY 11738** | | | **RELATED TO 5 ACRES OF REAL PROPERTY LOCATED AT BARNES ROAD** | | | | 6,890.02 | 6,890.02 | $0.00 |
| ACCOUNT NO.<br>**BROOKHAVEN SUFFOLK COUNTY ONE INDEPENDENCE HILL SUITE 110 FARMINGVILLE, NY 11738** | | | **RELATED TO HOUSE LOCATED AT 7 WIDGEON ROAD, CENTER MORICHES, NY** | | | | 9,978.56 | 9,978.56 | $0.00 |
| ACCOUNT NO.<br>**BROOKHAVEN SUFFOLK COUNTY ONE INDEPENDENCE HILL SUITE 110 FARMINGVILLE, NY 11738** | | | **RELATED TO 2.2 ACRES OF REAL PROPERTY LOCATED AT BARNES ROAD** | | | | 19.51 | 19.51 | $0.00 |
| ACCOUNT NO.<br>**BROOKHAVEN SUFFOLK COUNTY ONE INDEPENDENCE HILL SUITE 110 FARMINGVILLE, NY 11738** | | | **RELATED TO 4 ACRES OF FARM LAND LOCATED AT BARNES ROAD** | | | | 32.50 | 32.50 | $0.00 |
| ACCOUNT NO.   **0200 788.00 001.006**<br>**BROOKHAVEN SUFFOLK COUNTY ONE INDEPENDENCE HILL SUITE 110 FARMINGVILLE, NY 11738** | | | **RELATED TO 33.20 ACRES OF FARM LAND LOCATED AT BARNES ROAD** | | | | 86,200.03 | 86,200.03 | $0.00 |

Sheet no. <u>2</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ **130,745.73**    $ **130,745.73**    $ **0.00**

Total  ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total  ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $      $

In re    **JURGIELEWICZ DUCK FARM**                                Case No. _____
_____                                    (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BROOKHAVEN SUFFOLK COUNTY ONE INDEPENDENCE HILL SUITE 110 FARMINGVILLE, NY 11738** | | | **RELATED TO HOUSE ON FARM LAND CONSISTING OF .14 ACRES LOCATED AT BARNES ROAD** | | | | 5,258.07 | 5,258.07 | $0.00 |
| ACCOUNT NO.<br>**ENVIRONMENTAL PROTECTION AGENCY REGION 2 COUNSEL DOUGLAS FISCHER, ESQ. 290 BROADWAY, 17TH FLOOR NY, NY 10007** | | | **FOR NOTICE PURPOSES ONLY** | X | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVIC 1180 VETERANS HWY HAPPAUGE, NY 11788**<br><br>**INTERNAL REVENUE SERVICE 11601 ROOSEVELT BLVD P.O. BOX 21126 PHILADELPHIA, NY 19114** | | | **FOR NOTICE PURPOSES** | X | | X | UNKNOWN | UNKNOWN | $0.00 |
| ACCOUNT NO.<br>**NEW YORK STATE DEPARTMENT BANKRUPTCY/SPECIAL PROCED P.O. BOX 5300 ALBANY, NY 12205-0300** | | | **FOR NOTICE PURPOSES ONLY** | X | | X | 0.00 | 0.00 | $0.00 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals>  (Totals of this page) | $ 5,258.07 | $ 5,258.07 | $ 0.00 |
| Total  >  (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  >  (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re **JURGIELEWICZ DUCK FARM**    Case No. _____
_____    (If known)
            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **NY STATE WORKERS COMP C/O GREGORY ALLEN, ESQ ABRAMS GARKINEL MARGOLIS 2-12 WEST PARK AVE, #300 LONG BEACH, NY 11561** <br> **SOLOMON AND SOLOMON COLUMBIA CIRCLE BOX 15019 ALBANY, NY 12212** | | | | | | X | 50,000.00 | 50,000.00 | $0.00 |
| ACCOUNT NO. <br><br> **NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEV 345 ADAMS STREET, 3RD FL BROOKLYN, NY 11201** | | | **FOR NOTICE PURPOSES ONLY** | X | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br><br> **NYS UNEMPLOYMENT INSURANC P.O. BOX 551 ALBANY, NY 12201** | | | **FOR NOTICE PURPOSES ONLY** | X | | X | 0.00 | 0.00 | $88.82 |
| ACCOUNT NO. <br><br> **UNITED STATES ATTORNEY'S OFFICE EDNY ATTN: CIVIL DIVISION BANKRUPTCY PROCESSING 610 FEDERAL PLAZA, 5TH FL CENTRAL ISLIP, NY 11722** | | | **FOR NOTICE PURPOSES ONLY** | X | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br><br> **WOOD COUNTY, OHIO 1 COURTHOUSE SQUARE BOWLING GREEN, OH 43402** | | | **PROPERTY TAXES ON 12 ACRES OF REAL PROPERTY LOCATED AT MCCUTCHEONVILLE ROAD, OHIO** | | | | 88.82 | 0.00 | $0.00 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷  $ 50,088.82   $ 50,000.00   $ 88.82
(Totals of this page)

Total ▷  $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total ▷   $   $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

In re   **JURGIELEWICZ DUCK FARM**          Case No.    _____

Debtor                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**WOOD COUNTY, OHIO**<br>**1 COURTHOUSE SQUARE**<br>**BOWLING GREEN, OH 43402** | | | **PROPERTY TAXES ON 44 ACRES OF REAL PROPERTY LOCATED AT FOSTORIA ROAD, OHIO** | | | | 178.02 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**WOOD COUNTY, OHIO**<br>**1 COURTHOUSE SQUARE**<br>**BOWLING GREEN, OH 43402** | | | **PROPERTY TAXES ON 120 ACRES OF REAL PROPERTY LOCATED AT MCCUTCHEONVILLE ROAD, OHIO** | | | | 2,678.30 | 0.00 | $0.00 |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▷<br>(Totals of this page) | $   **2,856.32** | $   **0.00**    $   **0.00** |
| Total  ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **188,948.94** | |
| Total  ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   **186,003.80**    $   **88.82** |

In re __JURGIELEWICZ DUCK FARM_____     Case No. _____
                                              Debtor                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **AIRWELD** <br> **243 WAVERLY AVENUE** <br> **PATCHOGUE, NY 11772** <br><br><br> **PETRO INC.** <br> **520 BROADHOLLOW ROAD** <br> **SUITE 200W** <br> **MELVILLE, NY 11747** | | | | | | | 130.00 |
| ACCOUNT NO. <br><br> **ALGEN SCALE CORP.** <br> **68 ENTER LANE** <br> **ISLANDIA, NY 11749** | | | | | | | 695.00 |
| ACCOUNT NO. <br><br> **AMERICAN METALS & CHEMCIAL CO.** <br> **P.O. BOX 1048** <br> **DANIA, FL 33004** | | | | | | | 3,850.00 |
| ACCOUNT NO. <br><br> **ANNETTE EADERESTO, LLC** <br> **18 RAILROAD AVENUE** <br> **P.O. BOX 1186** <br> **CENTER MORICHES, NEW YORK** | | | | | | | 3,290.00 |

<u>23</u>   Continuation sheets attached

Subtotal  ➤  $         7,965.00

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>JURGIELEWICZ DUCK FARM</u>            Case No. _____

                                   Debtor                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,741.65 |
| **APPLIED TECHNOLOGIES** **16815 WEST WISCONSIN AVE** **BROOKLYN, WISCONSIN 53005** | | | | | | | |
| ACCOUNT NO. | | | | | | | 108.92 |
| **AT&T MOBILITY** **P.O. BOX 8202** **AURORA, IL 60572-8212** **AT&T** **P.O. BOX 537104** **ATLANTA, GA 30353** | | | | | | | |
| ACCOUNT NO. | | | | | | | 43.21 |
| **AT&T MOBILITY** **P.O. BOX 8202** **AURORA, IL 60572-8212** **AT&T** **P.O. BOX 537104** **ATLANTA, GA 30353** | | | | | | | |
| ACCOUNT NO. | | | | | | | 878.03 |
| **AVAYA** **14400 HERTZ QUAIL SPRING** **OKLAHOMA CITY, OK 73134** | | | | | | | |

Sheet no. <u>1</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal  ➤  $          **8,771.81**

                                      Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **JURGIELEWICZ DUCK FARM** _____  Case No. _____
                                    Debtor                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5490350453029402 BANK OF AMERICA P.O. BOX 15019 WILMINGTON, DE 19886  BANK OF AMERICA PO BOX 15026 WILMINGTON, DE 19850 | | | | | | | 24,974.00 |
| ACCOUNT NO. BOILERMATIC WELDING INDUSTRIES 17 PECONIC AVENUE MEDFORD, NY 11763 | | | | | | | 13,057.26 |
| ACCOUNT NO. BUNZL PROCESSOR DIVISION 12240 COLLECTIONS CENTER CHICAGO, IL 60693 | | | | | | | 172.98 |
| ACCOUNT NO. C&H DISTRIBUTORS 770 SOUTH 70TH STREET P.O. BOX 14770 MILWAUKEE, WI 53214 | | | | | | | 412.57 |

Sheet no.  2  of 23 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ 38,616.81

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM__ _____

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> C.J ROBINSON COMPANY, INC. <br> P.O. BOX 19405 <br> BRIDGEPORT, PA 19405 | | | | | | | 3,641.00 |
| ACCOUNT NO. 07868-564066-03-0 <br><br> CABLEVISION <br> 111 STEWART AVENUE <br> BETHPAGE, NY 11714 <br><br> CABLEVISION <br> P.O. BOX 371378 <br> PITTSBURGH, PA 15250 | | | | | | | 122.48 |
| ACCOUNT NO. 07868-564834-01-5 <br><br> CABLEVISION <br> 111 STEWART AVENUE <br> BETHPAGE, NY 11714 <br><br> CABLEVISION <br> P.O. BOX 371378 <br> PITTSBURGH, PA 15250 | | | | | | | 109.12 |
| ACCOUNT NO. 7868-765094-1 <br><br> CABLEVISION <br> 111 STEWART AVENUE <br> BETHPAGE, NY 11714 <br><br> CABLEVISION <br> P.O. BOX 371378 <br> PITTSBURGH, PA 15250 | | | | | | | 81.90 |

Sheet no. _3_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 3,954.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __JURGIELEWICZ DUCK FARM_____     Case No. _____
                                   Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 07868-564832-01-9 <br><br> CABLEVISION <br> 111 STEWART AVENUE <br> BETHPAGE, NY 11714 <br><br><br> CABLEVISION <br> P.O. BOX 371378 <br> PITTSBURGH, PA 15250 | | | | | | | 129.32 |
| ACCOUNT NO. <br><br> CENTER MORICHES PAPER CO. <br> 26 FROWEIN ROAD <br> P.O. BOX 1217 <br> CENTER MORICHES, NY 11934 | | | | | | | 5,387.16 |
| ACCOUNT NO. 175070 <br><br> CHAMPION PLASTICS <br> 200 CLIFTON BLVD <br> CLIFTON, NJ 07011 | | | | | | | 1,795.00 |
| ACCOUNT NO. <br><br> CHESTER M. MASSEY & SON <br> 20 RAILROAD AVENUE <br> EASTPORT, NY 11941 <br><br><br> DOLORES M. IANNARONE <br> 170 OLD COUNTRY ROAD <br> SUITE 300 <br> MINEOLA, NEW YORK 11501 | X | | | | | X | 147,157.01 |

Sheet no. _4_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 154,468.49

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM_____  Case No. _____
                                              Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CNR REFRIGERATION CO, INC** <br> **459 PENINSULA BLVD** <br> **HEMPSTEAD, NY 11550** | | | | | | | 122.00 |
| ACCOUNT NO. <br><br> **CONFERENCE ASSOCIATES** <br> **P.O. BOX 150445** <br> **HARTFORD, CT 06115** | | | | | | | 11,590.36 |
| ACCOUNT NO. <br><br> **COOPER, SAPIR AND COHEN, P.C.** <br> **560 BROADHOLLOW ROAD** <br> **SUITE 210** <br> **MELVILLE, NY 11747** | | | | | | | 26,773.00 |
| ACCOUNT NO. <br><br> **CRESCENT DUCK FARM, INC.** <br> **EDGAR AVE** <br> **P.O. BOX 500** <br> **AQUEBOGUE, NY 11931** | | | | | | | 3,500.00 |
| ACCOUNT NO. <br><br> **CURWOOD, INC.** <br> **P.O. BOX 75100** <br> **CHARLOTTE, NC 28275** | | | | | | | 3,375.41 |

Sheet no. _5_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 45,360.77

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>JURGIELEWICZ DUCK FARM</u>                                 Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DOROTHY JURGIELEWICZ**<br>**P.O. BOX 34**<br>**MORICHES, NY 11955** | | | **CLAIM UNKNOWN** | X | | X | 0.00 |
| ACCOUNT NO.<br><br>**DUBOIS CHEMICALS, INC.**<br>**33630 EAST KEMPER ROAD**<br>**SHARONVILLE, OH 45241** | | | | | | | 1,427.83 |
| ACCOUNT NO.<br><br>**EAST MORICHES FUEL INC**<br>**26 ATLANTIC AVENUE**<br>**EAST MORICHES, NY 11940** | | | | | | | 8,665.22 |
| ACCOUNT NO.<br><br>**EASTERN SANITATION SERVICE CO.**<br>**228 BLYDENBURGH ROAD**<br>**ISLANDIA, NY 11749** | | | | | | | 1,230.00 |
| ACCOUNT NO.<br><br>**ENVIRONMENTAL SERVICES INC**<br>**40 ZORN BLVD**<br>**YAPHANK, NY 11980** | | | | | | | 1,871.99 |

Sheet no. <u>6</u> of <u>23</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    13,195.04

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  __JURGIELEWICZ DUCK FARM__ _____        Case No. _____
                                   Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ESPOSITO, FUCHS, TAORMINA & CO** <br> **267 CARLTON AVENUE** <br> **SUITE 202** <br> **CENTRAL ISLIP, NY 11722** | | | | | | | **40,000.00** |
| ACCOUNT NO. <br><br> **FEDERAL EXPRESS** <br> **P.O. BOX 371461** <br> **PITTSBURGH, PA 15250** | | | | | | | **2,620.56** |
| ACCOUNT NO.    **4264513086822702** <br><br> **FIA CARD SERVICES** <br> **P.O. BOX 15019** <br> **WILMINGTON, DE 19886** <br><br><br> **FIA CARD SERVICES** <br> **PO BOX 15026** <br> **WILMINGTON, DE 19850-5026** | | | | | | | **15,996.00** |
| ACCOUNT NO. <br><br> **FIREMATIC SUPPLY CO. INC.** <br> **P.O. BOX 187** <br> **YAPHANK, NY 11980** | | | | | | | **377.85** |

Sheet no. _7_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      **58,994.41**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM_____     Case No. _____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 24.41 |
| FLORENCE BUILDING MATERIALS 1647 EAST JERICHO TURNPIK HUNTINGTON, NY 11743 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,415.40 |
| GLOBAL FORWARDING CO. 7005 E CAVE CREEK ROAD SUITE 204 BELLA VISTA PLAZA CAVE CREEK, AZ 85331 | | | | | | | |
| ACCOUNT NO. | | | | | | | 638.23 |
| GMAC PO BOX 380902 BLOOMINGTON, MN 55438-090 | | | | | | | |
| ACCOUNT NO. | | | | | | | 411.19 |
| GRAINGER 199 ORVILLE DRIVE BOHEMIA, NY 11716 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,396.67 |
| HILO INDUSTRIAL SOLUTIONS 345 OSER AVE HAPPAUGE, NY 11788 | | | | | | | |

Sheet no. _8_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        5,885.90

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   <u>JURGIELEWICZ DUCK FARM</u>            Case No. _____
                            Debtor                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 836.07 |
| HOME DEPOT CREDIT SERVICE P.O. BOX 6029 THE LAKES, NV 88901 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,273.16 |
| HOSKIE COMPANY INC 132 HARRISON PLACE BROOKLYN, NY 11237 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,727.71 |
| INDUSTRIAL REFRIGERATION 146-1 REMINGTON BLVD RONKONKOMA, NY 11779 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,765.25 |
| ISLAND CONTAINER CORP. 44 ISLAND CONTAINER PLAZA WHEATLEY HEIGHTS,NY 11798 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,302.05 |
| JONESY'S 422 MAIN STREET CENTER MORICHES, NY 11934 | | | | | | | |

Sheet no. _9_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        **18,904.24**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM_____     Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **JURGIELEWICZ DUCK TRUCKING** <br> **PO BOX 68** <br> **MORICHES, NY 11955** | | | | | | | 37,875.00 |
| ACCOUNT NO. <br><br> **JURGIELEWICZ ESTATES LLC** <br> **PO BOX 68** <br> **MORICHES, NY 11955** | | | | | | | 8,282.00 |
| ACCOUNT NO. <br><br> **KALMBACH FEEDS, INC** <br> **7148 STATE HWY 199** <br> **UPPER SANDUSKY, OH 43351** | | | | | | X | 131,996.97 |
| ACCOUNT NO. <br><br> **KAMAN INDUSTRIAL TECHNOLOGIES** <br> **213 WEST WAYNE STREET** <br> **P.O. BOX 2536** <br> **FORT WAYNE, IN 46801** | | | | | | | 431.56 |
| ACCOUNT NO. <br><br> **KEMPER INSURANCE** <br> **ACCESS GENERAL AGENCY INC** <br> **365 CROSSWAYS PARK DRIVE** <br> **WOODBURY, NY 11797** | | | | | | | 172.98 |

Sheet no. _10_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 178,758.51

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **JURGIELEWICZ DUCK FARM**                 Case No. _____

                                         Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**L.I. TRUCK PARTS**<br>**565 SUNRISE HIGHWAY**<br>**W. BABYLON, NY 11704** | | | | | | | 59.20 |
| ACCOUNT NO.<br><br>**LEGAL WORLD INTERPRETING**<br>**120 BROADWAY**<br>**11TH FLOOR**<br>**NEW YORK, NY 10271** | | | | | | | 172.98 |
| ACCOUNT NO.   **ACCT# 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-1**<br><br>**LIPA**<br>**P.O. BOX 9030**<br>**HICKSVILLE, NY 11802** | | | | | | | 339.12 |
| ACCOUNT NO.   **ACCT #:  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-2**<br><br>**LIPA**<br>**P.O. BOX 9030**<br>**HICKSVILLE, NY 11802** | | | | | | | 410.47 |
| ACCOUNT NO.   **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-2**<br><br>**LIPA**<br>**P.O. BOX 9030**<br>**HICKSVILLE, NY 11802** | | | | | | | 522.27 |

Sheet no. _11_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $       **1,504.04**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM_____     Case No. _____
                              Debtor                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ACCT #: 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-1<br><br>**LIPA - A**<br>**P.O. BOX 9030**<br>**HICKSVILLE, NY 11802** | | | | | | | 86,601.21 |
| ACCOUNT NO.   ACCT:94-15-3370-1<br><br>**LIPA - BARNES**<br>**P.O. BOX 9030**<br>**HICKSVILLE, NY 11802** | | | | | | | 36.00 |
| ACCOUNT NO.   ACCT # 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-6<br><br>**LIPA - FARM**<br>**P.O. BOX 9030**<br>**HICKSVILLE, NY 11802** | | | | | | | 39.00 |
| ACCOUNT NO.   ACCT #: 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-1<br><br>**LIPA - JDF**<br>**P.O. BOX 9030**<br>**HICKSVILLE, NY 11802** | | | | | | | 293.49 |
| ACCOUNT NO.<br><br>**LONG ISLAND COMPOST CORP**<br>**C/O DIANE MENDEZ, ESQ.**<br>**MURPHY BARTOL & OBRIEN**<br>**22 JERICHO TPKE, STE 103**<br>**MINEOLA, NY 11501** | | | | | | X | 56,000.00 |

Sheet no. _12_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                           Subtotal  ➤ $     142,969.70

                                           Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM__      Case No. _____

                 Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MAXIMUM ENVIRONMENTAL MANAGEMENT, INC. <br> 1170 LINCOLN AVE <br> SUITE 4 <br> HOLBROOK, NY 11741 | | | | | | | 14,398.76 |
| ACCOUNT NO. <br><br> MCMASTER- CARR SUPPLY CO. <br> P.O. BOX 7690 <br> CHICAGO, IL 60680 | | | | | | | 177.00 |
| ACCOUNT NO. <br><br> MEYHEN INTERNATIONAL <br> 556 INDUSTRIAL WAY WEST <br> EATONTOWN, NJ 07724 | | | | | | | 388.27 |
| ACCOUNT NO. <br><br> MILL LANE FARM <br> E.D. RUDLAND & SON <br> P.O. BOX 164 <br> MATTITUCK, NY 11952 | | | | | | | 8,981.10 |
| ACCOUNT NO. <br><br> NATIONAL POULTRY & FOOD DIST. <br> 3150 HIGHWAY 34 EAST <br> SUITE 209, PMB 187 <br> NEWNAN, GA 30625 | | | | | | | 900.00 |

Sheet no. _13_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal ➤ $ 24,845.13

                                             Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM__ _____   Case No. _____

Debtor   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| NYS DEPT OF ENVIR. CONSER DIVISION OF WATER 625 BROADWAY 4TH FLOOR ALBANY, NY 12233 <br><br> NYS DEPT ENVIR CONSERV 50 CIRCLE ROAD SUNY STONY BROOK, NY 11790 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,189.38 |
| OCEAN PRINTING COMPANY 700-5 UNION PKWY RONKONKOMA, NY 11779 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 1,048.15 |
| OFFICE DEPOT P.O. BOX 633211 CINNCINNATI, OH 45263-321 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,750.00 |
| ORTHODOX UNION 11 BROADWAY NEW YORK, NY 10004 | | | | | | | |

Sheet no. _14_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 5,987.53

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM__  
              Debtor

Case No. _____  
           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **OXFORD HEALTH PLANS** <br> **P.O. BOX 1697** <br> **NEWARK, NJ 07101-1697** | | | | | | | 3,888.31 |
| ACCOUNT NO. <br><br> **PARACO GAS CO.** <br> **44 KROEMER AVE** <br> **RIVERHEAD, NY 11901** | | | | | | | 3,441.97 |
| ACCOUNT NO. <br><br> **PASTOR CHEVROLET INC.** <br> **MONTAUK HWY** <br> **P.O. BOX 174** <br> **WESTHAMPTON, NY 11977** | | | | | | | 2,868.77 |
| ACCOUNT NO. <br><br> **PATCHOGUE ELECTRIC MOTORS INC.** <br> **71 SYCAMORE STREET** <br> **P.O. BOX 537** <br> **PATCHOGUE, NY 11772** | | | | | | | 4,127.85 |
| ACCOUNT NO. <br><br> **PENN MUTUAL LIFE INSURANCE COMPANY** <br> **DISABILITY INCOME DIVISIO** <br> **330 WHITNEY AVE, STE 500** <br> **HOLYOKE, MA 01040-2857** | | | | | | | 1,798.40 |

Sheet no. __15__ of __23__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $      16,125.30

Total ➢ $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM__         Case No. _____
                           Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **PENNFIELD CORPORATION** <br> **711 ROHRERSTOWN ROAD** <br> **LANCASTER, PA 17604** <br><br><br> **SETH L. HIBBERT, ESQ.** <br> **GETMAN & BIRYLA LLP** <br> **800 RAND BUILDING** <br> **14 LAFAYETTE SQUARE** <br> **BUFFALO, NY 14203-1995** | | | | | | X | 118,424.95 |
| ACCOUNT NO. <br><br> **PETRO, INC.** <br> **C/O FLECK, FLECK & FLECK** <br> **1205 FRANKLIN AVENUE** <br> **GARDEN CITY, NY 11530** | | | | | | X | 178,559.79 |
| ACCOUNT NO.    7551428 <br><br> **PITNEY BOWES GLOBAL FINANCE** <br> **P.O. BOX 858480** <br> **LOUISVILLE, KY 40285** | | | | | | | 458.46 |
| ACCOUNT NO. <br><br> **PITNEY BOWES PURCHASE POWER** <br> **P.O. BOX 856042** <br> **LOUISVILLE, KY 40285** | | | | | | | 699.66 |

Sheet no. _16_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      298,142.86

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  __JURGIELEWICZ DUCK FARM_____  Case No. _____
                                    Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  D910041 <br><br> **RESTAURANT NEWS** <br> **P.O. BOX 5856** <br> **HARLAN, IA 51593** | | | | | | | 24.95 |
| ACCOUNT NO. <br><br> **REVCO ELECTRICAL SUPPLY I** <br> **360 COUNTY ROAD 39A** <br> **P.O. BOX 1539** <br> **SOUTHAMPTON, NY 11968** | | | | | | | 559.98 |
| ACCOUNT NO. <br><br> **RICHARD SUPPLY CO-MASTIC CORP** <br> **1560 MONTAUK HIGHWAY** <br> **MASTIC, NEW YORK 11950** | | | | | | | 341.98 |
| ACCOUNT NO. <br><br> **RICOH** <br> **5 DEDRICK PLACE** <br> **WEST CALDWELL, NJ 07006** | | | | | | | 27.91 |
| ACCOUNT NO. <br><br> **ROADSIDE AUTO PARTS, INC** <br> **532 MONTAUK HIGHWAY** <br> **EAST MORICHES, NY 11940** | | | | | | | 56.40 |

Sheet no. _17_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ 1,011.22

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM__                    Case No. _____
                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,620.00 |
| SANDSTROM ELECTRIC INC. P.O. BOX 145 AQUEBOGUE, NY 11931 | | | | | | | |
| ACCOUNT NO. | | | | X | | X | 0.00 |
| SANTOS DELVALLE, OLGA MAL C/O PHILIP J. RIZZUTO, P. ONE OLD COUNTRY ROAD SUITE 285 CARLE PLACE, NY 11514 | | | PLANTIFFS IN LAWSUIT | | | | |
| ACCOUNT NO. | X | | | | | X | 455,534.99 |
| SAUDER FEEDS P.O. BOX 130 GRABILL, IN 46741 DANIEL MCNAMARA, ESQ. EILBACHER FLETCHER 803 SOUTH CALHOUN ST. STE 400 FORT WAYNE, IN 46802 | | | | | | | |
| ACCOUNT NO. | | | | X | | X | 0.00 |
| SAVE THE FORGE RIVER C/O SUSAN KRAHAM. ESQ ENVIRONMENTAL LAW CLINIC 435 WEST 116TH STREET NEW YORK, NY 10027 REED W. SUPER, ESQ. SUPLER LAW GROUP, LLC 156 WILLIAM STREET SUITE 800 NEW YORK, NY 10038 | | | | | | | |

Sheet no. __18__ of __23__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ▶ $ __457,154.99__

Total  ▶ $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **JURGIELEWICZ DUCK FARM** _____    Case No. _____
                          Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**SIGNATURE PACKAGING, INC.**<br>**18 DOCKERY DRIVE**<br>**EST ORANGE, NJ 07052** | | | | | | | 6,277.70 |
| ACCOUNT NO. <br><br>**SIMPLEXGRINNELL TIME REC.**<br>**35 ARKAY DR**<br>**SUITE 100**<br>**HAPPAUGE, NY 11788** | | | | | | | 484.09 |
| ACCOUNT NO. <br><br>**SINNREICH, KOSAKOFF & MESSINA LLP**<br>**COURTHOUSE PLAZA**<br>**267 CARLETON AVENUE**<br>**SUITE 201**<br>**CENTRAL ISLIP, NY 11722** | | | | | | | 58,181.08 |
| ACCOUNT NO. <br><br>**SKY STORES**<br>**72 MONTAUK HWY**<br>**MORICHES, NY 11955** | | | | | | | 1,917.45 |
| ACCOUNT NO. <br><br>**SOUTH SHORE ACRES**<br>**PO BOX 68**<br>**MORICHES, NY 11955** | | | | | | | 1,199,090.00 |

Sheet no. _19_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,265,950.32

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **JURGIELEWICZ DUCK FARM** _____  Case No. _____
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**SOUTH SIDE PACKERS**<br>**PO BOX 68**<br>**MORICHES, NY 11955** | | | | | | | 5,730.00 |
| ACCOUNT NO. **3000345354** <br><br>**SUFFOLK COUNTY WATER AUTH**<br>**2045 ROUTE 112**<br>**SUITE 5**<br>**CORAM, NY 11727** | | | | | | | 186.87 |
| ACCOUNT NO. **3000345389** <br><br>**SUFFOLK COUNTY WATER AUTH**<br>**2045 ROUTE 112**<br>**SUITE 5**<br>**CORAM, NY 11727** | | | | | | | 198.88 |
| ACCOUNT NO. **3000363523/12995072** <br><br>**SUFFOLK COUNTY WATER AUTH**<br>**2045 ROUTE 112**<br>**SUITE 5**<br>**CORAM, NY 11727** | | | | | | | 88.48 |
| ACCOUNT NO. <br><br>**TERMINIX**<br>**200 13TH AVENUE**<br>**UNIT 1A**<br>**RONKONKOMA, NY 11779** | | | | | | | 218.00 |

Sheet no. _20_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **6,422.23**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM_____     Case No. _____
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,021.70 |
| THE PENN MUTUAL LIFE INSURANCE COMPANY DISABILITY INCOME DIVISI 330 WHITNEY AVE SUITE 500 HOLYOKE, MA 01040 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,615.58 |
| TIPPER TIE INC 2000 LUFKIN ROAD APEX, NC 27539 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,016.88 |
| TRAVELLERS INSURANCE TRAVELLERS REMITTANCE CEN ONE TOWER SQUARE HARTFORD, CT 06183 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,254.35 |
| UNITED FEATHER & DOWN -FP 414 EAST GOLF ROAD DES PLAINES, IL 60016 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,217.83 |
| VERIZON PO BOX 15124 ALBANY, NY 12212-5124 | | | | | | | |

Sheet no. _21_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $   11,126.34

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __JURGIELEWICZ DUCK FARM__      Case No. _____

                   Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ACCT #: 6318780208693276 <br><br> **VERIZON** <br> **P.O. BOX 1100** <br> **ALBANY, NY 12250-0001** | | | | | | | 84.89 |
| ACCOUNT NO.   **4258** <br><br> **VERIZON** <br> **P.O. BOX 1100** <br> **ALBANY, NY 12250-0001** | | | | | | | 109.59 |
| ACCOUNT NO.   **631 787 2000 510 27 8** <br><br> **VERIZON** <br> **P.O. BOX 1100** <br> **ALBANY, NY 12250-0001** <br> **ACCT #: 6318780806349271** | | | | | | | 570.09 |
| ACCOUNT NO.   **ACCT #: 6318780806349271** <br><br> **VERIZON** <br> **P.O. BOX 1100** <br> **ALBANY, NY 12250-0001** | | | | | | | 68.57 |
| ACCOUNT NO. <br><br> **W.A.S.T.E. INC** <br> **22 NORTH DUNTON AVE** <br> **MEDFORD, NY 11763** | | | | | | | 19,295.00 |

Sheet no. _22_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤   $      **20,128.14**

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>JURGIELEWICZ DUCK FARM</u>          Case No. _____
                              Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 937.60 |
| **ZEP MANUFACTURING CO.** **860 NESTLE WAY** **BREINIGSBILLE, PA 18031** | | | | | | | |

Sheet no. <u>23</u> of <u>23</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $             937.60

Total   $        2,787,180.88

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  **JURGIELEWICZ DUCK FARM** ,      Case No. _____

            Debtor                                       (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AMOS SCHWARTZ**<br>**6145 W. 1000 S.**<br>**SOUTH WHITLEY, IN 46767** | **CONTRACT DUCK GROWER**<br>**(NON-WRITTEN AGREEMENT)** |
| **AT&T** | **CELL PHONE CONTRACT** |
| **AVAYA**<br>**14400 HERTZ QUAIL SPRING**<br>**OKLAHOMA CITY, OK 73134** | **TELEPHONE SYSTEM SERVICE CONTRACT** |
| **BMW FINANCIAL SERVICES**<br>**P.O. BOX 9001065**<br>**LOUISVILLE, KY 40290** | **LEASE OF BMW 325CI CONVERTIBLE**<br>**VIN WBABW334X6PX87544** |
| **DANIEL SCHMUCKER**<br>**16525 DARLING ROAD**<br>**NEW HAVEN, IN 46774** | **CONTRACT DUCK GROWER**<br>**(NON-WRITTEN AGREEMENT)** |
| **JOHN MARTIN**<br>**6859 20B ROAD**<br>**ARGOS, IN 46501** | **CONTRACT DUCK GROWER**<br>**(NON-WRITTEN AGREEMENT)** |
| **MENNO HILTY**<br>**5753 E 1440 N**<br>**N. MANCHESTER, IN 46962** | **CONTRACT DUCK GROWER**<br>**(NON-WRITTEN AGREEMENT)** |
| **OMNIPOINT COMMUNICATIONS**<br>**4 SYLVAN WAY**<br>**PARSIPPANY, NJ 07054**<br>**ATTN: R. TARABULA** | **SITE LEASE FOR ANTENNA FACILITIES** |

In re: __JURGIELEWICZ DUCK FARM_____,     Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **PAUL NEWCOMER**<br>**0415 W. TOTO ROAD**<br>**NORTH JUDSON, IN 46366** | **CONTRACT DUCK GROWER**<br>**(NON-WRITTEN AGREEMENT)** |
| **PITNEY BOWES GLOBAL FINANCIAL**<br>**PO BOX 856480**<br>**LOUISVILLE, KY 40285** | **POSTAGE METER** |
| **TENANT**<br>**19 BARNES ROAD**<br>**MORICHES, NY 11955** | **TENANTS OF REAL PROPERTY**<br>**MONTH TO MONTH NON-WRITTEN LEASES** |
| **TENANT**<br>**17 BARNES ROAD**<br>**MORICHES, NY 11955** | **TENANTS OF REAL PROPERTY**<br>**MONTH TO MONTH NON-WRITTEN LEASES** |
| **TENANT**<br>**11 BARNES ROAD**<br>**MORICHES, NY 11955** | **TENANTS OF REAL PROPERTY**<br>**MONTH TO MONTH NON-WRITTEN LEASES** |

In re: **JURGIELEWICZ DUCK FARM**                    Case No. _____
                    Debtor                                                (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BENJAMIN JURGIELEWICZ**<br>**C/O JURGIELEWICZ DUCK FAR**<br>**PO BOX 68**<br>**MORICHES, NY 11955** | **CHESTER M. MASSEY & SON**<br>**20 RAILROAD AVENUE**<br>**EASTPORT, NY 11941** |
| **BENJAMIN JURGIELEWICZ**<br>**68 BARNES ROAD**<br>**MORICHES, NY 11955** | **SAUDER FEEDS**<br>**P.O. BOX 130**<br>**GRABILL, IN 46741** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **JURGIELEWICZ DUCK FARM**          Case No. _____
                   Debtor                               (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I BENJAMIN JURGIELEWICZ, the **GENERAL PARTNER** of the **Partnership** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **46**_____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _**01/26/10**_____       Signature: _____

                                  **BENJAMIN JURGIELEWICZ GENERAL PARTNER**
                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re: **JURGIELEWICZ DUCK FARM** _____,  Case No. _____

Debtor                                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 8,159,880.00 | **SALES** | **2007** |
| 7,856,263.56 | **SALES** | **2008** |
| 3,377,849.38 | **SALES** | **THROUGH 9/09** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 19,836.00 | **GROSS RENTAL INCOME** | **2008** |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐    filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
     either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
     not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SAVE THE FORGE RIVER V. JURGIELEWICZ DUCK FARM ET AL.<br>09-CV-2328 | | EDNY DISTRICT COURT | PENDING |
| SANTOS ISABEL MENDOZA DELVALLE, OLGA MALDONADO, PATRICIA AYALA, JULIA MARINA FAJARDO AND VIRGINIA MEDRANO V. TOM JURGIELEWICZ, JURGIELEWICZ DUCK FARM, SEGUNDO BANEGAS, AND SOUTH SHORE PACKERS, INC.<br>15965/06 | | STATE COURT, SUFFOLK ONE COURT STREET RIVERHEAD, NY 11901 | PENDING |
| DEC V. BENJAMIN JURGIELEWICZ AND JURGIELEWICZ DUCK FARM<br>R1-20081103-224 | | NYS DEPT OF ENVIRONMENTAL CONSERVATION OFFICE OF HRGS/MEDIATION | PENDING |
| TITMUS ENTERPRISES LLC V. JURGIELEWICZ DUCK FARM AND BENJAMIN JURGIELEWICZ ET AL<br>08-24649 | FORECLOSURE | SUPREME COURT STATE OF NEW YORK COUNTY OF SUFFOLK | PENDING |
| LONG ISLAND COMPOST CORP V JURGIELEWICZ DUCK FARM<br>09-35151 | COLLECTION SUIT | SUPREME COURT, SUFFOLK ONE COURT STREET RIVERHEAD, NY 11901 | JUDGMENT |
| PETRO INC. V. JURGIELEWICZ DUCK FARM & TOM JURGIELEWICZ<br>2517/09 | COLLECTION SUIT | STATE COURT, SUFFOLK ONE COURT STREET RIVERHEAD, NY 11901 | JUDGMENT-DISPUTED |
| CARGILL ANIMAL V JURGIELEWICZ DUCK FARM, LLC, JURGIELEWICZ DUCK FARM L.P. & BENJAMIN JURGIELEWICZ<br>2009-012248 | COLLECTION SUIT | SUPREME COURT ERIE COUNTY 25 DELAWARE AVENUE BUFFALO, NY 14202 | PENDING |
| SAUDER FEEDS, INC. V. JURGIELEWICZ DUCK FARM, L.P. & BENJAMIN JURGIELEWICZ<br>09-VC-354 JM | COLLECTION SUIT | FEDN.D. INDIANA FT.WAYNE 1300 S. HARRISON ST FORT WAYNE, IN 46802 | PENDING |
| PENNFIELD CORPORATION V. JURGIELEWICZ DUCK FARM, LP, BENJAMIN JURGIELEWICZ D/B/A JURGIELEWICZ DUCK FARM<br>2008-5852 | COLLECTION SUIT | SUPREME COURT ERIE COUNTY 25 DELAWARE AVENUE BUFFALO, NY 14202 | JUDGMENT - DISPUTED |
| CHESTER M. MASSEY & SON V. JURGIELEWICZ DUCK FARM L.P., JURGIELEWICZ DUCK FARM, LLC & BENJAMIN JURGIELEWICZ<br>8180-09 | COLLECTION SUIT | SUPREME COURT, SUFFOLK ONE COURT STREET RIVERHEAD, NY 11901 | JUDGMENT-DISPUTED |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **INTERNAL REVENUE SERVICE 1180 VETERANS HWY HAPPAUGE, NY 11788** | 11/29/2009 | **LEVY ISSUED BY IRS AGAINST JDF VENDORS FOR SOUTH SHORE PACKERS, INC DEBT** |
| **LONG ISLAND COMPOST CORP C/O DIANE MENDEZ, ESQ. 22 JERICHO TURNPIKE SUITE 103 MINEOLA, NY 11501** | 12/10/2009 | **TD BANK ACCT #: 79185889** |
| **PENNFIELD CORPORATION 711 ROHRERSTOWN ROAD LANCASTER, PA 17604** | 05/18/2009 | **SUFFOLK COUNTY NATIONAL BANK 502 MAIN STREET CENTER MORICHES, NY 11934 ACCT #: 710016924** |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ROBINSON BROG 1345 AVENUE OF AMERICAS 31ST FLOOR NEW YORK, NY 10105** | **1-11-10, DOROTHY JURGIELEWICZ** | **RETAINER $16,461 FILING FEE $1,039** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| JURGIELEWICZ DUCK FARM | NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | | FEDERAL CLEAN WATER ACT |

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| NYS DEC | R1-20081103-224 | PENDING |

## 18. Nature, location and name of business

None ☑
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑
b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **ESPOSITO FUCHS ET AL.** **267 CARLTON AVENUE** **CENTRAL ISLIP, NY** | |

None ☐
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **ESPOSITO FUCHS, ET AL** | | |

None ☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| BENJAMIN JURGIELEWICZ<br>JURGIELEWICZ DUCK FAR<br>PO BOX 68<br>MORICHES, NY 11955 | EQUITY AND PROFIT SHARING | 99 |
| PAUL JURGIELEWICZ<br>JURGIELEWICZ DUCK FARM<br>PO BOX 68<br>MORICHES, NY 11955 | PROFIT SHARING<br>NO EQUITY | 1 |

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| JURGIELEWICZ ESTATES LLC | 1% OWNERSHIP | 05/01/2009 |

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _01/26/10_

Signature

**BENJAMIN JURGIELEWICZ, GENERAL PARTNER**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re:     **JURGIELEWICZ DUCK FARM**

Case No. _____

Chapter     **11** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,461.00 |
| Prior to the filing of this statement I have received | $ | 16,461.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)     **DOROTHY JURGIELEWICZ**

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____

**A. MITCHELL GREENE, Bar No. AMG**

**Robinson Brog Leinwand Greene et al.**
Attorney for Debtor(s)

# United States Bankruptcy Court
## Eastern District of New York

In re   **JURGIELEWICZ DUCK FARM**                    Case No.

Debtor.                                               Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **JURGIELEWICZ DUCK FARM** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                    **% of Shares Owned**

**None**

OR,

____**X**____  There are no entities to report.

By: _____

**A. MITCHELL GREENE**
Signature of Attorney

Counsel for   **JURGIELEWICZ DUCK FARM**
Bar no.:      **AMG**
Address.:     **Robinson Brog Leinwand Greene et al.**
              **1345 Avenue of the Americas**
              **New York, NY 10105**
Telephone No.: **(212) 603-6300**
Fax No.:
E-mail address: