UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                              Chapter 11

**JURGIELEWICZ DUCK FARM**          Case No. 10-70231 (dte)


                Debtor.
------------------------------------------------------------X
In re:

                              Chapter 11

**SOUTH SHORE PACKERS, INC.**     Case No. 10-70232(dte)

                Debtor.
------------------------------------------------------------X

<u>**NOTICE OF ADJOURNMENT**</u>

PLEASE TAKE NOTICE that the hearings on the above debtors' Motions to Extend

Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and the Motion of

Jurgielewicz Duck Farm Objecting to the Proof of Claim filed by Suffolk County have been

adjourned from June 22, 2010 at 11:00 a.m. to July 1, 2010 at 11:00 a.m.

Dated:  New York, New York
        June 21, 2010

                              ROBINSON BROG LEINWAND GREENE
                              GENOVESE & GLUCK P.C.
                              Attorneys for the Debtors
                              875 Third Avenue
                              New York, New York 10022
                              (212) 603-6300