UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                   Chapter 11

**JURGIELEWICZ DUCK FARM,**                           Case No.:

              Debtor.
----------------------------------------------------------X

## AFFIRMATION OF DISBURSEMENTS

**BENJAMIN JURGIELEWICZ**, affirms the following:

1. I am the General Partner of **JURGIELEWICZ DUCK FARM** (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this Affirmation on behalf of the Debtor.

2. Other than amounts due to professionals, the only post-petition administrative expense due and payable, outside of agreed upon payment terms with its vendors, is a disputed post-petition obligation to Eastport Feeds. Eastport Feeds asserts an account balance of $14,706.00. The Debtor submits that the post-petition amount due is approximately $9,087.60. This amount is in dispute as a result of the application by Eastport Feeds of a post petition payment to a pre-petition invoice. Upon reconciliation and acknowledgement from Eastport Feeds, the Debtor is prepared to make the appropriate payment to Eastport Feeds.

                                                                **BENJAMIN JURGIELEWICZ, General Partner**

{00486333.DOC;1 }