# NEWSDAY

## AFFIDAVIT OF PUBLICATION

ROBINSON BROG LEINWAND GREENE GE
875 THIRD AVENUE 9TH FLOO
NEW YORK        NY            10022-6225

STATE OF NEW YORK)              Legal            16468849
   :SS.:
COUNTY OF SUFFOLK)
R. Lopes

of Newsday, Inc., Suffolk County, N.Y., being duly sworn, says that such person is, and at the time of publication of the annexed Notice was a duly authorized custodian of records of Newsday, Inc., the publisher of NEWSDAY, a newspaper published in the County of Suffolk, County of Nassau, County of Queens, and elsewhere in the State of New York and other places, and that the Notice of which the annexed is a true copy, was published in the following editions/counties of said newspaper on the following dates:

        FRIDAY        JUNE        25    2010        Suffolk

Sworn To Before Me This
25   day of    June    , 2010
Notary Public

                Jason A. Neknez
        Notary Public, State of New York
             No. 01NE6219108
        Commission Expires 03/22/2014
         Qualified in Suffolk County

**Legal Notice 16468849**

### NOTICE OF SALE

PLEASE TAKE NOTICE, that Jurgielewicz Duck Farm (the "Debtor") is selling certain of its assets at a public auction sale (the "Public Auction Sale"). In the event of the receipt of a Qualified Competing Bid, the Public Auction Sale will be conducted at the offices of Robinson Brog Leinwand Greene Genovese & Gluck P.C., counsel to the Debtor, 875 Third Avenue, 9th Floor, New York, New York 10022 on June 28, 2010 at 10:00 a.m.

The assets to be sold consist of the following:

**REAL ESTATE ASSETS:**
Six (6) parcels of real estate together with any improvements thereon located at Barnes Road, Moriches, New York, and identified as follows:
.14 acres of land: Dist: 0200; Sect.: 788.00; Blk.: 01.00; Lot.: 003.000
2.2 acres of land: Dist: 0200; Sect.: 788.00; Blk.: 01.00; Lot.: 001.005
4 acres of land: Dist: 0200; Sect.: 751.00; Blk.: 02.00; Lot.: 005.000
33.2 acres of land: Dist: 0200; Sect.: 788.00; Blk.: 01.00; Lot.: 001.006
5 acres of land: Dist: 0200; Sect.: 750.00; Blk.: 07.00; Lot.: 001.003
9.8 acres of land: Dist: 0200; Sect.: 750.00; Blk.: 07.00; Lot.: 001.001
(the "Real Estate Assets").

**OTHER ASSETS:**
Feather Processing Equipment; Growout Equipment; Hatchery Equipment; Processing Equipment; Refrigeration Equipment; Shipping Equipment and Water Treatment Equipment, duck inventory, 28 vehicles, accounts receivable, fixtures and personal property, telephone numbers, operating permits and licenses, (collectively with the Real Estate Assets, "the Assets")

**ASSETS EXCLUDED FROM THE SALE:**
12 acres of property located at McCutcheonville Road, Wayne, Ohio
44 acres of property located at Fostoria Road, Wayne, Ohio
120 acres of property located at McCutcheonville Road, Wayne, Ohio
House located at 7 Widgeon Road, Center Moriches, NY
2004 Chevy Tahoe
Actions and Recoveries pursuant to Chapter 5 of the Bankruptcy Code
(the "Excluded Assets").

**TERMS AND CONDITIONS OF SALE**

PLEASE TAKE NOTICE, that the proposed purchaser for the Assets is the Bankruptcy Court approved lender to the Debtor which has been authorized to advance up to $400,000 to the Debtor. The purchase price consists of the release of the obligation to repay the amounts advanced by the lender, the assumption of the secured obligations held by First Pioneer Farm Credit, ACA ($875,913.00), Titmus Enterprises ($1,101,000.), and the assumption of real estate taxes related to the Real Estate Assets ($275,430.88), and a cash component of $75,000 for a cash equivalent of $2,727,343.88.

PLEASE TAKE FURTHER NOTICE that the Assets are being sold and delivered "AS IS", "WHERE IS" without any representations or warranties.

PLEASE TAKE FURTHER NOTICE, that certain of the Assets are encumbered by real estate tax claims, mortgages and/or security interests which obligations are to be assumed by the proposed purchaser.

PLEASE TAKE FURTHER NOTICE that the New York State Department of Environmental Conservation is prosecuting an administrative enforcement proceeding against the Debtor in connection with alleged violations of its DEC issued State Pollutant Discharge Elimination System ("SPDES") permit.

PLEASE TAKE FURTHER NOTICE, that the Town of Brookhaven and Suffolk County hold interests in certain of the Real Estate Assets arising out of their purchase of development rights in the parcels identified as follows:
2.2 acres of land: Dist: 0200; Sect.: 788.00; Blk.: 01.00; Lot.: 001.005
4 acres of land: Dist: 0200; Sect.: 751.00; Blk.: 02.00; Lot.: 005.000
33.2 acres of land: Dist: 0200; Sect.: 788.00; Blk.: 01.00; Lot.: 001.006
And any sale of these parcels shall be subject to the development rights owned by the Town of Brookhaven and Suffolk County.

PLEASE TAKE FURTHER NOTICE, that a copy of the Bidding Procedures governing the Public Auction Sale and/or inquiries regarding the Assets and the Public Auction Sale may be obtained by contacting the undersigned counsel to the Debtor.

Dated: New York, New York
June 1, 2010
By Order of the Court
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
Counsel to the Debtor
875 Third Avenue
New York, New York 10022
Attn: Lori A. Schwartz
(212) 603-6334
ls@robinsonbrog.com

# NEWSDAY PROOF

Customer: ROBINSON BROG LEINWAND GREENE GENOV    Contact: KAVNEET SETHI    Phone: 2126036366

Ad Number: 16468849    Start Date: 06/25/2010    End Date: 06/25/2010    Times: 1

Price: $612.15    Size: 2 x 82    Section: CL    Class: 11100

Printed By: L002    Date: 06/23/2010

Signature of Approval: _____    Date: _____

Zones: