

# GETMAN BIRYLA, LLP

## Attorneys and Counselors at Law

Richard J. Biryla
Seth L. Hibbert
Patrick A. Makin
Matthew D. Valauri*

*Also admitted in Connecticut

800 Rand Building
14 Lafayette Square
Buffalo, New York 14203-1995
Tel. No. (716) 853-4340
Fax. (716) 853-4349
www.getmanbiryla.com

Peter L. Costa
Jack L. Getman
(Of Counsel)

Kathleen M. Biryla
Office Administrator

April 4, 2011

Hon. Dorothy T. Eisenberg
U.S. Bankruptcy Court - Eastern District of New York
Alphonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

RE: *Jurgielewicz Duck Farm*
    Case No.:    10-70231-DTE
    **OUR FILE NO.: 16935**

Dear Judge Eisenberg:

This letter is a follow up to my discussion with your Courtroom Deputy relative to the pending motions brought by Cargill Incorporated. The motions which are currently returnable on April 12, 2011 and are under the Court's docket numbers 101, 102 and 103 are being adjourned by consent of all parties to April 28, 2011 at 11:00 a.m. By copy of this letter I am advising the debtor's counsel, Lori Schwartz, of the new date and time for the motions.

Very Truly Yours,

GETMAN & BIRYLA, LLP

/s/ Seth L. Hibbert

Seth L. Hibbert, Esq.

SLH:kmd
Cc:   Lori Schwartz, Esq.

H:\ClientMatters\Cargill\cargijur.eisenberg.ltr.040411.wpd